FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 30 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 02091 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DOUGLAS A. MAYHEW,

    Plaintiff,

v.

CHERRY CREEK MORTGAGE CO., INC., et al.,
NORA ZIEL,
DAISEY NANTON,
MIKE SMITH,
HEATHER BRADSHAW,
CHRISTINE RYCHLEC,
SECURITY TITLE GUARANTY CO., et al.,
WHITNEY WINICK,
"MERS", INC., et al.,
NORWEST MORTGAGE, INC., et al.,
WELLS FARGO HOME MORTGAGE, INC., et al.,
WELLS FARGO BANK, N.A., et al.,
JOAN MILLS,
WFMBS 2005-14., et al.,
BRADLEY DAVIS,
BRICE, VANDER LINDEN & WERNICK, P.C., et al.,
JOE LOZANO, JR.,
WACHOVIA BANK, N.A., et al.,
CASTLE MEINHOLD & STAWIARSKI, LLC., et al.,
BRITNEY BEALL-EDER,
P.C. WOLF,
ERICKA OLSON,
LAUREN SMITH,
JENNIFER ROGERS,
GUARANTY BANK AND TRUST COMPANY, et al.,
ABBY LARSEN,
CIT GROUP/CONSUMER FINANCE, INC., et al.,
NATIONWIDE TITLE CLEARING, INC., et al.,
DUSTI WOODBURY,

INDYMAC BANK HOME EQUITY DIV., F.S.B., and
"JOHN AND JANE DOES" 1-11..., et al.,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Verified Notice of Rescission and Intention to File Complaint. He has failed either to pay the $350.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   X   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   ___   An original and a copy have not been received by the court. Only an original has been received.
(9)   X   other: <u>motion is necessary only if filing fee is not paid in advance</u>.

**Complaint or Petition:**
(10)   X   is not submitted
(11)   ___   is not on proper form (must use the court's current form)
(12)   ___   is missing an original signature by the Plaintiff
(13)   ___   is incomplete

(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following form(s): Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 25Th day of September, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 02091

Douglas A. Mayhew
307 LaBelle Road
Boulder, CO 80302

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on _9/24/08_

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                           Deputy Clerk