IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02091-ZLW

DOUGLAS A. MAYHEW,

        Plaintiff,

v.

CHERRY CREEK MORTGAGE CO. INC., et al,
NORA ZIEL,
DAISEY NANTON,
MIKE SMITH,
HEATHER BRADSHAW,
CHRISTINE RYCHLEC,
SECURITY TITLE GUARANTY CO., et al,
WHITNEY WINICK,
"MERS," INC., et al,
NORWEST MORTGAGE, INC., et al,
WELLS FARGO HOME MORTGAGE, INC., et al,
WELLS FARGO BANK, N.A., et al,
JOAN MILLS,
WFMBS 2005-14, et al
BRADLEY DAVIS,
BRICE VANDER LINDEN & WERNICK, P.C., et al,
JOE LOZANO, JR.,
WACHOVIA BANK, N.A., et al,
CASTLE MEINHOLD & STAWIARSKI, LLC., et al,
BRITNEY BEALL-EDER,
P.C. WOLF,
ERICKA OLSON,
LAUREN SMITH,
JENNIFER ROGERS,
GUARANTY BANK AND TRUST COMPANY, et al,
ABBEY LARSEN,
CIT GROUP/CONSUMER FINANCE, INC., et al,
DUSTI WOODBURY,
INDYMAC BANK HOME EQUITY DIV., F.S.B., and
"JOHN AND JANE DOES" 1-11..., et al,

        Defendants.

1

Weinshienk, Senior Judge

Plaintiff submitted a Notice of Appeal on April 12, 2010 .  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**     **Filing Fee**
  X     is not submitted

**(B)**     **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
  X     is not submitted
  __     is not on proper form (must use the court's current form)
  __     is missing original signature by plaintiff/petitioner on motion
  __     is missing affidavit
  __     affidavit is incomplete
  __     is missing original signature by plaintiff/petitioner on affidavit
  __     affidavit is not notarized or is not properly notarized
  __     other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this  14th  day of   April  , 2010.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court